IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LOGAN DYJAK, #884839,<br><br>   Plaintiff,<br><br>v.<br><br>TERRI SCHULTE,<br>JOSEPH HARPER,<br>GREGORY SCOTT,<br>TONYA PIEPHOFF,<br>ROD HOEVET,<br>JENNIFER GERLING,<br>SARAH KEHL,<br>DR. GAVALI,<br>SARAH BROWN-FOILES, and<br>MARY HENDRIX-HOLLOWAY,<br><br>   Defendants. | Case No. 18-cv-02003-SPM |

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.**

  This matter having come before the Court, and the Court having rendered a decision,

  **IT IS ORDERED AND ADJUDGED** that, pursuant to the filing of an Amended Complaint on June 14, 2019 (Doc. 23), Defendants Terri Schulte, Joseph Harper, and Gregory Scott were **TERMINATED** from this action.

  **IT IS FURTHER ORDERED AND ADJUDGED** that, pursuant to the Court's Order of September 30, 2022 (Doc. 122), Defendant Mary Hendrix-Holloway was **DISMISSED with prejudice.**

  **IT IS FURTHER ORDERED AND ADJUDGED** that, pursuant to the Court's Order of May 3, 2023 (Doc. 163), reflecting settlement between the remaining parties, and the Stipulation

of Dismissal filed September 15, 2023 (Doc. 169), this action is **DISMISSED with prejudice** with each party to bear its own costs and fees.

    **DATED: September 19, 2023**

                                                   **MONICA A. STUMP,**
                                                 **Clerk of Court**

                                                 **By:   s/ Tanya Kelley**
                                                          **Deputy Clerk**


**APPROVED:**   **s/ STEPHEN P. MCGLYNN**
                     **STEPHEN P. MCGLYNN**
                     **United States District Judge**